IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**KAREN PERALTA,**

      **Plaintiff,**

    **vs.**                                       **Civ. No. 19-430 RB/SCY**

**HOME DEPOT U.S.A., INC.,**

      **Defendant.**

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

At the Rule 16 scheduling conference held on June 27, 2019 the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan (Doc. 11), filed on June 17, 2019 and adopted it as modified by the dates and discovery parameters provided in the Court's Scheduling Order filed concurrently with this Order.

_____
UNITED STATES MAGISTRATE JUDGE